JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:22-cv-00108-JLS-DFM                              Date:  September 28, 2023
Title:  Adam Ghadiri v. A Dog Wash, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                 Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

   On January 24, 2023, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  (*See* OSC, Doc. 24.)  Plaintiff failed to respond to the Court's Order.
   Accordingly, the Court DISMISSES this action for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

                                                                    Initials of Preparer:  __gga__